**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT SOLANO SR., | NO. CV 19-0330-GW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| STUART SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 17, 2019.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE